# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL ANTHONY THOMAS,**

    **Petitioner,**

  v.                                       **Case No. 2:04-cv-682**
                                            **JUDGE GRAHAM**
**PAT HURLEY, Warden,**               **Magistrate Judge ABEL**

    **Respondent.**

## ORDER

On April 8, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation.*

Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. The petition for writ of habeas corpus is **DENIED**. This case is **DISMISSED**.

It is so ORDERED.

                                                         s/James L. Graham
                                                         JAMES L. GRAHAM
                                                         United States District Judge

DATE: June 7, 2005